**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**April 30, 2024**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

CLINT WHITEFEATHER LANER,

    Defendant - Appellant.

No. 23-1413
(D.C. No. 1:23-CR-00031-GPG-JMC-1)
(D. Colo.)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **MORITZ**, **CARSON**, and **ROSSMAN**, Circuit Judges.
_____

Clint Whitefeather Laner pleaded guilty to possession of a firearm by a

convicted felon, *see* 18 U.S.C. § 922(g)(1), and received a 48-month prison sentence.

He then appealed from that sentence.  His plea agreement contains an appeal waiver

which the government now moves to enforce under *United States v. Hahn*, 359 F.3d

1315, 1328 (10th Cir. 2004) (en banc).  In response, Mr. Laner's counsel states he

"has fully discussed the government's Motion with Mr. Laner, including his rights

and options in responding to it," and "Mr. Laner does not object to the government's

Motion."  Resp. at 1.

_____

[*] This order and judgment is not binding precedent, except under the doctrines
of law of the case, res judicata, and collateral estoppel.  It may be cited, however, for
its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

In light of Mr. Laner's non-opposition, we grant the government's motion to enforce and dismiss this appeal.

Entered for the Court

Per Curiam